IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **Civil No. 1:26-CV-00188** |
| | ) | |
| APPROXIMATELY $8,349.00 IN UNITED | ) | |
| STATES CURRENCY SEIZED ON OR ABOUT | ) | |
| FEBRUARY 2, 2026. | ) | |

**VERIFIED COMPLAINT FOR FORFEITURE *IN REM***

NOW COMES the United States of America, Plaintiff herein, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, in a civil cause of forfeiture, and respectfully states the following:

**INTRODUCTION**

1. This is a civil action *in rem* against approximately $8,349.00 in United States Currency seized on or about February 2, 2026 ("the Currency").

2. The Currency is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6) because it constitutes money furnished or intended to be furnished by any person in exchange for a controlled substance or listed chemical in violation of 21 U.S.C. §§ 841 and/or 846, is proceeds traceable to such an exchange, and/or is money used or intended to be used to facilitate a violation of 21 U.S.C. §§ 841 and/or 846.

3. Procedures for this action are mandated by 21 U.S.C. § 881, 18 U.S.C. § 983, 19 U.S.C. §§ 1602-1621, and, to the extent applicable, the Federal Rules of Civil Procedure and accompanying Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

1

4.      This Court has jurisdiction over this action under 28 U.S.C § 1345 and 28 U.S.C. § 1355(a). The Court has in rem jurisdiction over the defendant property under 28 U.S.C. § 1355(b).

5.      This Court has venue pursuant to 28 U.S.C §§ 1355 and 1395. Venue is proper because the acts or omissions giving rise to the forfeiture occurred in this district.

6.      Based on the following facts, verified by Drug Enforcement Administration ("DEA"), Special Agent Rodney Holloway, this action seeks the forfeiture of all right, title, and interest in the Currency.

**FACTS GIVING RISE TO FORFEITURE**

7.      On February 2, 2026, an Asheville Police Department ("APD") officer responded to an ATM vibration alarm—generated from a security device inside of an ATM that generally detects drilling, cutting, hammering, or tampering with the ATM—at a financial institution in Asheville.

8.      Upon arrival, Darrius Lytle was in the driver's seat of a GMC Sierra at the ATM. The APD officer approached Lytle and informed him that he was there investigating a business alarm.

9.      At this time, the APD officer detected a very strong odor of marijuana coming from the vehicle, and observed a black handgun behind Lytle on the center console.

10.     Lytle stated he was at the ATM to deposit cash, and had a receipt for the deposit of $1,000. However, during his conversation with the APD officer, Lytle turned towards the gun on the center console.

11. The APD officer instructed Lytle not to reach for the gun, but when Lytle did so anyway, he was ordered out of the vehicle.

12. Then, while standing beside the truck, Lytle reached for its door handle, and despite instructions not to reenter the vehicle, Lytle quickly reached for and violently jerked the door open.

13. Lytle was placed in handcuffs, and the APD officer—having smelled the strong odor of marijuana coming from the GMC Sierra—searched the vehicle.

14. Located within were two large plastic baggies of a green leafy substances and three individual plastic sleeves with a green leafy substance in each—all together with a total packaged weight of 35.72 grams.

15. The vehicle also contained cash, primarily in two large rubber-banded bundles (as well as folded loose bills), totaling $8,349.

16. The packaging of the marijuana and cash, along with the presence of a firearm, was consistent with street-level narcotics trafficking. *E.g. United States v. Hager*, 721 F.3d 167, 181 (4th Cir. 2013) ("This Court and other courts have long recognized that drug dealers use firearms to protect their narcotics and the large amount of cash in their possession.").

17. Lytle was arrested for felony possession with intent to manufacture, sell, or deliver a Schedule VI controlled substance.

18. Desmond Lytle claimed $5,300 of the $8,349 in the administrative forfeiture phase, but provided no factual support for his purported ownership interest and/or that the claimed currency was somehow legitimately earned.

### FIRST CLAIM FOR RELIEF – THE CURRENCY
### (21 U.S.C § 881(a)(6))

19. The United States incorporates by reference the allegations set forth in the paragraphs above as if fully set forth herein.

3

20. The Currency is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6) because it constitutes money furnished or intended to be furnished by any person in exchange for a controlled substance or listed chemical in violation of 21 U.S.C. §§ 841 and/or 846, is proceeds traceable to such an exchange, and is money used or intended to be used to facilitate a violation of 21 U.S.C. §§ 841 and/or 846.

## PRAYER FOR RELIEF

21. By virtue of the foregoing, all right, title, and interest in the Currency vested in the United States at the time of the commissions of the unlawful act giving rise to forfeiture, 21 U.S.C. § 881(h), and has become and is forfeitable to the United States.

WHEREFORE, the United States of America respectfully prays the Court that:

1. A warrant for the arrest of the Currency be issued;

2. Due notice be given to all parties to appear and show cause why the forfeiture should not be decreed;

3. Judgment be entered declaring the Currency to be condemned and forfeited to the United States of America for disposition according to law; and

4. The United States be granted such other and further relief as this Court may deem just and proper, together with the costs and disbursements of this action, including but not limited to the expenses of maintenance and protection of the Currency as required by 28 U.S.C. § 1921.

Respectfully submitted this 29th day of June, 2026.

RUSS FERGUSON
UNITED STATES ATTORNEY

/s/ Seth Johnson
J. Seth Johnson (Texas Bar No. 24083259)
Assistant United States Attorney
Suite 1650, Carillon Building
227 West Trade Street
Charlotte, North Carolina 28202
Telephone: (704) 338-3159
Email: seth.johnson@usdoj.gov

4

## VERIFICATION

I declare under penalty of perjury that the factual information contained in the foregoing

Complaint is true and correct according to the best of my knowledge, information, and belief.

Executed on the 29th day of June, 2026.

RODNEY HOLLOWAY

Digitally signed by
RODNEY HOLLOWAY
Date: 2026.06.29 13:08:52
-04'00'

RODNEY HOLLOWAY
SPECIAL AGENT, DEA

5